

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00323-CV

_____

CHESTER WILDER AND CAROLYN WILDER, Appellants

V.

JOHNSTON CUSTOM HOMES, INC. AND JEROLD B. JOHNSTON,
INDIVIDUALLY, Appellees

---

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2017-005058-3

---

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On November 12, 2020, we notified Appellants that the trial-court clerk responsible for preparing the record in this appeal had informed us that they had made no arrangements to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, appellants arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3. Appellants have not made payment arrangements for the clerk's record; thus, we dismiss their appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: December 10, 2020